**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-2196**

───────────

MAJOR MIKE WEBB,

       Plaintiff - Appellant,

    v.

BRYAN PORTER, From the Circuit Court for the City of Alexandria,

       Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-01346-CMH-IDD)

───────────

Submitted:  April 18, 2024                   Decided:  April 19, 2024

───────────

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Major Mike Webb, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Mike Webb seeks to appeal the district court's order denying his application for leave to proceed in forma pauperis. The denial of leave to proceed in forma pauperis is an immediately appealable ruling. *Roberts v. U.S. Dist. Ct. for the N. Dist. of Cal.*, 339 U.S. 844, 845 (1950). Because Webb recently paid the filing fee in full, however, his appeal of the denial of in forma pauperis status is now moot. *See Holloway v. City of Va. Beach*, 42 F.4th 266, 273 (4th Cir. 2022) ("A dispute is moot, depriving federal courts of jurisdiction to decide it, when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (internal quotation marks omitted)). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*